# EXHIBIT 2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|

INTIFF(S): Barry Spencer

COUNTY: Suffolk

RESS:

DEFENDANT(S): Martin Walsh, Annie Dookhan, Daniella Fresca, John Polanowicz, John Auerbach, Linda Han, Donald Keenan et al.,

ORNEY:

ADDRESS:

RESS:

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO. E-17

TYPE OF ACTION (specify): Civil Rights

TRACK: A

HAS A JURY CLAIM BEEN MADE? [X] YES [ ] NO

"Other" please describe: M.G.L. ch 258D

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ................................................. $
2. Total doctor expenses .................................................. $
3. Total chiropractic expenses ........................................... $
4. Total physical therapy expenses ..................................... $
5. Total other expenses (describe below) ................ Subtotal (A): $

Documented lost wages and compensation to date ........................................ $
Documented property damages to dated ........................................................ $
Reasonably anticipated future medical and hospital expenses ........................ $
Reasonably anticipated lost wages ................................................................. $
Other documented items of damages (describe below) .................................

Briefly describe plaintiff's injury, including the nature and extent of injury:
physical, mental and emotional injury due to illegal incarceration

TOTAL (A-F): $

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

vide a detailed description of claims(s): Erroneous conviction of innocent person for several years of incerceration, collectively a total of 1855 days due to egregious government misconduct.

TOTAL: $

Date:

gnature of Attorney/Pro Se Plaintiff: X

ELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

ereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC le 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the vantages and disadvantages of the various methods of dispute resolution.

Date:

gnature of Attorney of Record: X