# EXHIBIT 4

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: SUCV2016-2843

Barry Spencer, II,
    Plaintiff

vs

Annie Dookhan, et al
    Defendant(s)

## NOTICE OF WAIVER OF COURT COSTS AND REQUEST FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT
### (PURSUANT TO G.L. c. 261 sec. 29)

The prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders:

The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis.

By the Court (Lauriat, Justice)

Dated: 9/27/2016

BY: _____
    Assistant Clerk

NOTICE SENT: 09/27/2016
B.S.- (Pro Se)