# EXHIBIT 5

COMMONWEALTH OF MASSACHUSETTS
Suffolk Superior Civil Court
Of The Trial Division

Barry Spencer II
    Plaintiff,

No. 16-2843G

vs

Martin Walsh et. al.,
    Defendants,

MOTION FOR SERVICE PROCESS BY
SUFFOLK COUNTY SHERIFF DEPARTMENT
CIVIL PROCESS DIVISION

Plaintiff being indigent pursuant to G.L. c. 261, §§ 27A-G, moves this Honorable Court to allocate funds at the government expense to serve the defendants in this matter, for the preparation of his case.

As additional reasons thereto:

1. The plaintiff is not represented by counsel.

2. The cost of service by any other means will be beyond his means, at the present time.

3. He already has several court fees deducted from his account monthly and can not afford even service by certified mail.

4. Justice dictates that this motion be allowed.

                The Plaintiff,

                /s/Barry Spencer II
                Barry Spencer

Dated:

NOTICE SENT: 09/27/2016
B.S.- (Pro Se)

9/27/16
Allowed, plaintiff may serve the defendants by regular 1st class US mail. Plaintiff shall provide an affidavit as proof of service, pursuant to M.R.C.P. rule 4.
By the Court, (Laurict J.)
Attest: Margaret M. Kelly