# EXHIBIT 6

COMMONWEALTH OF MASSACHUSETTS
Suffolk County Superior Court

Barry Spencer II          No. 1684cv2843

vs

Annie Dookhan et. al.,

MOTION TO APPOINT DESIGNEE FOR DEFENDANTS

Now comes the plaintiff and moves this Honorable Court to appoint as Agent, Designee or Special appointee for service the Public Employer for the Defendants or order the Public Employer to appoint a designee for service, there are two reasons (1) all ex-employees of the William Hinton Laboratory no longer are employed there and the Laboratory is closed however, Secretary John Polanowicz is the public Employer and their legal Department still coordinates the ex-employees criminal court appearances, these employee are indemnified by the State and would need his approval for representation; (2) police officers in this case are no longer at the same station and their present assignment is unknown, they are indemnified by the City of Boston and will need the approval of Commissioner, Public Employer or the Mayor.

WHEREFORE, the plaintiff request that service made upon the public employer is the same as on the individual defendants, if not, he request that when the Public Employer receives its service it provides a Designee for the Plaintiff to serve on behalf of the defendants under their departments, or was under their departments at the time of the incident in this matter.

                                              Respectfully submitted,

                                              /s/Barry Spencer II
                                              Barry Spencer II
                                              P.O. Box 1218
Dated: October 1, 2016            Shirley, MA 01464