# EXHIBIT 8

| CLERK'S NOTICE | DOCKET NUMBER 1684CV02843 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Barry Spencer, II vs. Annie Dookhan et al | | Michael Joseph Donovan, Clerk of Court |
| TO: Barry Spencer, II<br>MCI Shirley<br>PO Box 1218<br>A121687<br>Shirley, MA 01464 | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

You are hereby notified that on 09/27/2016 the following entry was made on the above referenced docket:

Endorsement on Motion for Plaintiff may serve the defendants by regular 1st class US mail. Plaintiff shall provide an affidavit as proof of service, Pursuant to M.R.C.P. Rule 4. Notice Sent 09/27/2016 (#4.0): ALLOWED

| DATE ISSUED<br>09/27/2016 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. Peter M Lauriat | SESSION PHONE#<br>(617)788-8172 |
|---|---|---|

Date/Time Printed: 09-27-2016 14:57:41                                               SCV015_X11