# EXHIBIT 9

| CLERK'S NOTICE | DOCKET NUMBER<br>1684CV02843 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>Barry Spencer, II vs. Annie Dookhan et al | Michael Joseph Donovan, Clerk of Court |
|---|---|

| TO:<br>Barry Spencer, II<br>MCI Shirley<br>PO Box 1218<br>A121687<br>Shirley, MA 01464 | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |
|---|---|

You are hereby notified that on 09/27/2016 the following entry was made on the above referenced docket:

ORDER: Notice of Waiver of Court costs and request for payment to be withdrawn from account (Pursuant to G.L. c. 261 sec. 29) The prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders: The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis. Notice Sent 09/27/2016

| DATE ISSUED<br>09/27/2016 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. Peter M Lauriat | SESSION PHONE#<br>(617)788-8172 |
|---|---|---|

Date/Time Printed: 09-27-2016 15:05:51

SCV016_X1\ 08/2014