# EXHIBIT 10

# 1684CV02843 Spencer, II, Barry vs. Dookhan, Annie et al

| | | | |
|---|---|---|---|
| **Case Type** | Administrative Civil Actions | **Initiating Action:** | Civil Rights Act, G.L. c. 12 § 11H |
| **Case Status** | Open | **Status Date:** | 09/13/2016 |
| **File Date** | 09/13/2016 | **Case Judge:** | |
| **DCM Track:** | A - Average | **Next Event:** | |

| All Information | Party | Tickler | Docket | Disposition |

## Party Information

**Spencer, II, Barry** - Plaintiff

Alias

Party Attorney
Attorney: Pro Se
Bar Code: PROPER
Address:
Phone Number:

More Party Information

**Dookhan, Annie** - Defendant

Alias | Party Attorney

More Party Information

**Frasca, Daniella** - Defendant

Alias | Party Attorney

More Party Information

**Walsh, Martin** - Defendant

Alias | Party Attorney

More Party Information

**Polanowicz, John** - Defendant

Alias | Party Attorney

More Party Information

**Bigby, JudyAnn** - Defendant

Alias | Party Attorney

More Party Information

**Auerbach, John** - Defendant

Alias | Party Attorney

More Party Information

**Han, Linda** - Defendant

Alias | Party Attorney

More Party Information

**Salemi, Charles** - Defendant

Alias | Party Attorney

More Party Information

**OBrien, Elizabeth** - Defendant

Alias | Party Attorney

More Party Information

**Piro, Peter** - Defendant

Alias | Party Attorney

More Party Information

**Keenan, Donald** - Defendant

Alias | Party Attorney

| Tickler | Start Date | Days Due | Due Date | Completed Date | More Party Information |
|---|---|---|---|---|---|

**Dwan, William - Defendant**

Alias   Party Attorney

More Party Information

**Chu, Peter - Defendant**

Alias   Party Attorney

More Party Information

**Mahoney, Brian - Defendant**

Alias   Party Attorney

More Party Information

**Lynch, Timothy - Defendant**

Alias   Party Attorney

More Party Information

**Ryle, John - Defendant**

Alias   Party Attorney

More Party Information

**Conley, Daniel - Defendant**

Alias   Party Attorney

More Party Information

**Suffolk County District Attorneys office - Defendant**

Alias   Party Attorney

More Party Information

**Evans, William - Defendant**

Alias   Party Attorney

More Party Information

**Bartlett, Cheryl - Defendant**

Alias   Party Attorney

More Party Information

**Nassif, Julie - Defendant**

Alias   Party Attorney

More Party Information

## Ticklers

| Tickler | Start Date | Days Due | Due Date | Completed Date |
|---|---|---|---|---|
| Service | 09/13/2016 | 90 | 12/12/2016 | |
| Answer | 09/13/2016 | 120 | 01/11/2017 | |
| Rule 12/19/20 Served By | 09/13/2016 | 120 | 01/11/2017 | |
| Rule 12/19/20 Filed By | 09/13/2016 | 150 | 02/10/2017 | |
| Rule 12/19/20 Heard By | 09/13/2016 | 181 | 03/13/2017 | |
| Rule 15 Served By | 09/13/2016 | 420 | 11/07/2017 | |
| Rule 15 Filed By | 09/13/2016 | 450 | 12/07/2017 | |
| Rule 15 Heard By | 09/13/2016 | 450 | 12/07/2017 | |
| Discovery | 09/13/2016 | 720 | 09/03/2018 | |
| Rule 56 Served By | 09/13/2016 | 750 | 10/03/2018 | |
| Rule 56 Filed By | 09/13/2016 | 780 | 11/02/2018 | |
| Final Pre-Trial Conference | 09/13/2016 | 902 | 03/04/2019 | |

| Disposition Date | Docket Text | Start Date | Days Due | Case Due Date | Completed Date | File Ref Nbr. |
|---|---|---|---|---|---|---|
| Judgment | | 09/13/2016 | 1095 | 09/13/2019 | | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/13/2016 | Attorney appearance<br>On this date Pro Se added for Plaintiff Barry Spencer | |
| 09/13/2016 | Case assigned to:<br>DCM Track A - Average was added on 09/13/2016 | |
| 09/13/2016 | Original civil complaint filed. | 2 |
| 09/13/2016 | Civil action cover sheet filed. | 3 |
| 09/13/2016 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>ALLOWED Subject to Review by Judge | 1 |
| 09/13/2016 | Plaintiff(s) Barry Spencer, II's  Motion for<br>Service Process by Suffolk County Sheriff's Department Civil Process Division | 4 |
| 09/14/2016 | ORDER: To Commissioner of Correction to provide certain information regarding inmate account relative to plaintiff's Motion to waive filing fee and proceed In Forma Pauperis.  Notice Sent 09/14/2016 | 5 |
| 09/14/2016 | ORDER: After a review of your petition and correspondence, the Court has instructed the Clerk's Office to take the following action:  Service is to be made upon defendant(s) by means of certified mail at the plaintiff's expense, and you must return to the court the original summons with the return receipt card for each defendant.   Notice Sent 09/14/2016 | 6 |
| 09/14/2016 | General correspondence regarding Twenty One summonses mailed to plaintiff this day | |
| 09/14/2016 | General correspondence regarding On 09/14/2016, Order P#5 sent to Marlene Cronin, DOC, to fax order to MCI SHIRLEY requesting a canteen account for (6) months. | |
| 09/27/2016 | Endorsement on Motion to Plaintiff may serve the defendants by regular 1st class US mail.  Plaintiff shall provide an affidavit as proof of service, Pursuant to M.R.C.P. Rule 4.  Notice Sent 09/27/2016 (#4.0): ALLOWED | |
| 09/27/2016 | ORDER: Notice of Waiver of Court costs and request for payment to be withdrawn from account (Pursuant to G.L. c. 261 sec. 29) The prisoner/plaintiff In the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis.  After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders: The plaintiff is incapable of paying the filing fee and may<br>proceed in forma pauperis.  Notice Sent 09/27/2016 | 7 |
| 10/06/2016 | Plaintiff Barry Spencer, II's  Motion to<br>appoint  designee for defts    (w/o opposition) | 8 |
| 10/07/2016 | Endorsement on Motion to (#8.0): Other action taken<br>Plff  shall  serve Secretary   John Polenowicz  with  a copy  of this  motion and order  and  Mr Polanowicz  shall  serve  and file<br>his  response  by or before   30  days  from  his  receipt of  this  motion  Notice Sent 10/11/16 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |