UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY SPENCER II            No. 1:16-cv-12076

vs

CITY OF BOSTON, et al.,

AFFIDAVIT OF

I, Kenneth Wallace, hereby aver that these statements are made on first-hand observations, as follows:

1. I am the Intervenor in this case;

2. I believe this case was racially motivated;

3. I was arrested and the samples were not field tested;

4. I was over charged in this case by the police, then the prosecutor;

5. The samples went to the William Hinton Lab where it was placed under the inept anbundling care of its management, then tested by chemist Annie Dookhan and who know what else occurred;

6. I was maliciously prosecuted under this egregious government misconduct and convicted, or plead guilty;

7. The case was overturned and I was exhonorated.

Signed under the pains and penalties of perjury on this day of March 2017.

/s/Kenneth Wallace